```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 11288
    LINNETTE MURDOCK
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1157


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/05/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
B-REAL LLC                    UNSECURED            343.59           .00            .00
T MOBILE                      UNSECURED         NOT FILED           .00            .00
FIRST PREMIER                 UNSECURED         NOT FILED           .00            .00
AT&T                          UNSECURED            256.49           .00            .00
CAVALRY PORTFOLIO SERVIC      UNSECURED            626.83           .00            .00
CITY OF CHICAGO PARKING       UNSECURED           3682.00           .00            .00
ROUNDUP FUNDING LLC           UNSECURED            600.05           .00            .00
PREMIER BANKCARD              UNSECURED            304.62           .00            .00
LVNV FUNDING                  UNSECURED            249.41           .00            .00
PEOPLES GAS                   UNSECURED         NOT FILED           .00            .00
ARROW FINANCIAL SERV          UNSECURED            428.03           .00            .00
JEFFERSON CAPITAL SYSTEM      UNSECURED            554.57           .00            .00
JEFFERSON CAPITAL SYSTEM      UNSECURED            425.49           .00            .00
DIRECTV                       UNSECURED         NOT FILED           .00            .00
AT&T                          UNSECURED         NOT FILED           .00            .00
SAGE TELECOM INC              UNSECURED         NOT FILED           .00            .00
NICOR GAS                     UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC           UNSECURED            397.63           .00            .00
CONFIN FIRST BANK OF DEL      UNSECURED            664.61           .00            .00
JEFFERSON CAPITAL SYSTEM      UNSECURED            216.37           .00            .00
T MOBILE                      UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM      UNSECURED            436.82           .00            .00
JUNE LINDSEY                  NOTICE ONLY      NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY         3,474.00                       253.92
TOM VAUGHN                    TRUSTEE                                             22.08
DEBTOR REFUND                 REFUND                                                .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      276.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11288 LINNETTE MURDOCK
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    253.92
TRUSTEE COMPENSATION                                               22.08
DEBTOR REFUND                                                        .00
                                      ---------------     ---------------
TOTALS                                        276.00              276.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```